MAURICE D. CADMAN, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

Reported below, 174 App. Div. 917.
(Argued November 20, 1916; decided November 28, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 2, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages to personal property from water alleged to have been occasioned through the clogging of defendant's sewers.

The motion was made upon the ground that the Appellate Division had unanimously decided that there was evidence sufficient to sustain the verdict.

*Percival C. Smith* for motion.

*Lamar Hardy,* Corporation Counsel (*Thomas F. Magner* and *Frank Julian Price* of counsel), opposed.

Motion denied, with ten dollars costs.